UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,　　　　Case No. 5:17-cr-20-Oc-37PRL

　　　　Plaintiff,　　　□
　　　　Government　　　☒　　　　□ Evidentiary
　　　　　　　　　　　　　　　　　　☒ Trial
　　　　　　　　　　　　　　　　　　□ Other
v.

MARK CHARLES BARNETT

　　　　Defendant　　　□

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 7·23·18 | 7·23·18 | joint admission | | Stipulation – convicted felon |
| 2 | 7·26·19 | 7·26·18 | joint admission | | Stipulation – DNA evidence |
| 3 | 7·26·18 | 7·26·18 | joint admission | | Stipulation – fingerprints |
| 4 | 7·24·18 | 7·24·18 | Antisha Jackson | | D.A.V.I.D. – Mark Barnett |
| 5 | 7·23·18 | 7·23·18 | Allan Ray | | Target Articles of Incorporation |
| 6 | 7·24·18 | 7·24·18 | Adam Kessell James Perrington | | GPS – Scottrade, 11/23/16 |
| 7 | 7·24·18 | 7·24·18 | Adam Kessell James Perrington | | GPS – Scottrade, 1/30/17 |
| 8 | 7·24·18 | 7·24·18 | Adam Kessell James Perrington | | GPS – Scottrade, 2/6/17 |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection.   Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Case No. 5:17-cr-20-Oc-37PRL                    Page 2 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 9 | 7·24·18 | 7·24·18 | Adam Kessell James Perrington | | GPS – Scottrade, 2/7/17 |
| 10 | 7·24·18 | 7·24·18 | Adam Kessell James Perrington | | GPS – Scottrade, 2/9/17 |
| 11 | 7·24·18 | 7·24·18 | Adam Kessell | | Photo – Scottrade exterior |
| 12 | 7·24·18 | 7·24·18 | James Perrington | | Scottrade – Brokerage account application 11/23/16 |
| 13 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Cashier's check - $2,500, 11/23/16 |
| 14 | 7·24·18 | 7·24·18 | James Perrington | | Scottrade options application, 12/5/16 |
| 15 | 7·24·18 | 7·24·18 | James Perrington | | Scottrade – account history 11/23/16 – 2/28/17 |
| 16 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Cashier's check - $2,500, dated 1/30/17 |
| 17 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Cashier's check - $6,000, dated 2/6/17 |
| 18 | 7·24·18 | 7·24·18 | James Perrington Scott Hufford | | Put option contract – Target 2/7/17 |
| 19 | 7·24·18 | 7·24·18 | James Perrington Scott Hufford | | Put option contract – Target 2/8/17 |
| 20 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Cashier's check - $5,000, dated 2/9/17 |
| 21 | 7·24·18 | 7·24·18 | James Perrington Scott Hufford | | Put option contract – Target 2/10/17 – 9:49 a.m. |
| 22 | 7·24·18 | 7·24·18 | James Perrington Scott Hufford | | Put option contract – Target 2/10/17 – 2:10:22 p.m. |
| 23 | 7·24·18 | 7·24·18 | James Perrington Scott Hufford | | Put option contract – Target 2/10/17 – 2:10:55 p.m. |
| 24 | 7·24·18 | 7·24·18 | Scott Hufford | | ATF Scottrade summary sheet |
| 25 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Online Banking Application (3 pages) – Community Bank and Trust, Account #4357 |
| 26 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Debit card – Account |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | ending #1211, Account #4357 |
| 27 | 7·24·18 | 7.24.18 | Cassandra Conrad | | July 2016, CB&T statement ($16,000 deposit) Account #4357 |
| 28 | 7·24·18 | 7.24.18 | Cassandra Conrad | | Dec. 2016 – Jan 2017 CB&T statement (Dollar General and Wal-Mart transactions) Account #4357 |
| 29 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Jan. 2017 – Feb. 2017 CB&T statement (Wal-Mart purchase of hemp cord and wire) Account #4357 |
| 30 | 7·24·18 | 7·24·18 | Cassandra Conrad | | CB&T account application, Account # 20187 |
| 31 | 7·24·18 | 7·24·18 | Cassandra Conrad | | Jan. 2017 – Feb. 2017 CB&T statement (Scottrade payments ) Account #0187 |
| 32 | 7·24·18 | 7·24·18 | Antrisha Jackson | | Conditional release terms and conditions of supervision (Feb. 2013) |
| 33 | 7·24·18 | 7·24·18 | Antrisha Jackson Adam Kessell Geoffrey Holgate | | Photo of 3M GPS ankle monitor |
| 34 | 7·24·18 | 7·24·18 | Antrisha Jackson | | GPS monitoring rules |
| 35 | 7·24·18 | 7·24·18 | Antrisha Jackson | | DOC offender info sheet |
| 36 | 7·24·18 | 7·24·18 | Antrisha Jackson | | Supervision report (2 pages), dated 11/17/16 |
| 37 | 7·24·18 | 7·24·18 | Antrisha Jackson | | Supervision report (2 pages), dated 12/22/16 |
| 38 | 7·24·18 | 7·24·18 | Antrisha Jackson | | Supervision report (2 pages), dated 1/17/17 |
| 39 | 7·24·18 | 7·24·18 | Adam Kessell | | GPS – Fireworks stand, 12/22/16 |
| 40 | 7·24·18 | 7·24·18 | Adam Kessell Terry Goforth | | GPS – Fireworks stand, |

Case No. 5:17-cr-20-Oc-37PRL                    Page 4 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 12/27/16 |
| 41(a) | 7·24·18 | 7·24·18 | Adam Kessell Terry Goforth | | Photo – fireworks stand in shopping center |
| 41(b) | 7·24·18 | 7·24·18 | Terry Goforth | | Photo – side view of fireworks stand |
| 41(c) | 7·24·18 | 7·24·18 | Terry Goforth | | Photo – close-up of fireworks stand |
| 42(a) | 7·24·18 | 7·24·18 | Terry Goforth Kevin Miner | | Photo – Ring Shell Rocket 6 pack (overview) |
| 42(b) | 7·24·18 | 7·24·18 | Terry Goforth Kevin Miner | | Photo – Ring Shell Rocket aerial shell (close-up) |
| 43 | 7·24·18 | 7·24·18 | Terry Goforth | | Photo – M-5000 firecrackers |
| 44 | 7·24·18 | 7·24·18 | Terry Goforth | | Fireworks verification form |
| 45 | 7·24·18 | 7·24·18 | Terry Goforth | | DVD – fireworks stand video (12/22/16) |
| 46 | 7·24·18 | 7·24·18 | Terry Goforth | | DVD – fireworks stand video (12/27/16) |
| 47 | 7·24·18 | 7·24·18 | Adam Kessell Heather Elliott | | GPS – Hobby Lobby, 1/12/17 |
| 48(a) | 7·24·18 | 7·24·18 | Adam Kessell Heather Elliott | | Hobby Lobby sign |
| 48(b) | 7·24·18 | 7·24·18 | Adam Kessell Heather Elliott | | Hobby Lobby storefront |
| 48(c) | 7·24·18 | 7·24·18 | Adam Kessell Heather Elliott | | Hobby Lobby front entrance |
| 49(a) | 7·24·18 | 7·24·18 | Heather Elliott | | Photos-Estes rocket starter (front) |
| 49(b) | 7·24·18 | 7·24·18 | Heather Elliott | | Photos-Estes rocket starter (back) |
| 50 | 7·24·18 | 7·24·18 | Heather Elliott | | Hobby Lobby receipt – 1/12/17 |
| 51(a) | 7·24·18 | 7·24·18 | Heather Elliott | | Photo – Barnett entering Hobby Lobby |
| 51(b) | 7·24·18 | 7·24·18 | Heather Elliott | | Photo – Barnett approaching register |

Case No. 5:17-cr-20-Oc-37PRL                    Page 5 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 51(c) | 7·24·18 | 7·24·18 | Heather Elliott | | Photo – Barnett with packages on counter |
| 51(d) | 7·24·18 | 7·24·18 | Heather Elliott | | Photo – cashier making change |
| 51(e) | 7·24·18 | 7·24·18 | Heather Elliott | | Barnett paying with cash |
| 51(f) | 7·24·18 | 7·24·18 | Heather Elliott | | Barnett exiting store |
| 52 | 7·24·18 | 7·24·18 | Adam Kessell | | GPS – Dollar General, 1/12/17 |
| 53(a) | 7·24·18 | 7·24·18 | Adam Kessell | | Photo – Dollar General storefront |
| 53(b) | 7·24·18 | 7·24·18 | Adam Kessell | | Photo – Dollar General front door |
| 54(a) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Register overview |
| 54(b) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett entering |
| 54(c) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett entering aisle |
| 54(d) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett placing cards on counter |
| 54(e) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – store clerk counting cards |
| 54(f) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett getting debit card out of wallet |
| 54(g) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett plugging in debit card |
| 54(h) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett entering PIN |
| 54(i) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett placing debit card back in wallet |
| 54(j) | 7·24·18 | 7·24·18 | Jerri Patenaude | | Photo – Barnett exiting store |
| 55 | 7·24·18 | 7·24·18 | Jerri Patenaude | | Dollar General sales receipt |
| 56(a) | 7·24·18 | 7·24·18 | Jerri Patenaude / Andrew Hawkins | | "Cool Cat" card front |

Case No. 5:17-cr-20-Oc-37PRL                              Page 6 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | |
| 56(b) | 7·24·18 | 7·25·18 | Andrew Hawkins | ½ Δ obj - Sustained ½ Δ obj - Overruled | Interior circuit board/speaker |
| 56(c) | 7·24·18 | 7·24·18 | Jerri Patenaude | | "Cool Cat" card back |
| 57(a) | 7·24·18 | 7·24·18 | Jerri Patenaude Andrew Hawkins | | "Tail-wagging" card front |
| 57(b) | 7·24·18 | 7·24·18 | Jerri Patenaude | | "Tail-wagging" card back |
| 58(a) | 7·24·18 | 7·24·18 | Jerri Patenaude Andrew Hawkins | | "Celebrate" card front |
| 58(b) | 7·24·18 | 7·24·18 | Jerri Patenaude | | "Celebrate" card back |
| 59(a) | 7·24·18 | 7·24·18 | Jerri Patenaude Andrew Hawkins | | "It's a crime" card front |
| 59(b) | 7·24·18 | 7·24·18 | Jerri Patenaude | | "It's a crime" card back |
| 60 | 7·24·18 | 7·24·18 | Adam Kessell Byron Sartorius | | GPS – Radio Shack, 1/17/17 |
| 61(a) | 7·24·18 | 7·24·18 | Adam Kessell Byron Sartorius | | Photo - shopping center |
| 61(b) | 7·24·18 | 7·24·18 | Adam Kessell Byron Sartorius | | Photo – close-up of former Radio Shack location |
| 62(a) | 7·24·18 | 7·24·18 | Byron Sartorius Andrew Hawkins | | Photo – 9–volt snap connectors (front) |
| 62(b) | 7·24·18 | 7·24·18 | Byron Sartorius Andrew Hawkins | | Photo – 9–volt snap connectors (back) |
| 63 | 7·24·18 | 7·24·18 | Byron Sartorius | | Radio Shack sales receipt, 1/17/17 |
| 64(a) | 7·24·18 | 7·24·18 | Byron Sartorius | | Photo – Camera intro |
| 64(b) | 7·24·18 | 7·24·18 | Byron Sartorius | | Photo – Barnett entering |
| 64(c) | 7·24·18 | 7·24·18 | Byron Sartorius | | Photo – Barnett walking by sales counter |
| 64(d) | 7·24·18 | 7·24·19 | Byron Sartorius | | Photo – Barnett with snap connector package |

Case No. 5:17-cr-20-Oc-37PRL

Page 7 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 64(e) | 7·24·18 | 7·24·18 | Byron Sartorius | | Photo – Barnett approaching counter with snap connector package |
| 64(f) | 7·24·18 | 7·24·18 | Byron Sartorius | | Photo – Barnett waiting at counter |
| 64(g) | 7·24·18 | 7·24·18 | Byron Sartorius | | Photo –Barnett getting receipt |
| 65 | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | GPS – Wal-Mart, 9570 SW SR 200, 1/20/17 |
| 66(a) | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | Photo – Wal-Mart storefront |
| 66(b) | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | Photo – Marketplace, #9570 |
| 67 | 7·24·18 | 7·24·18 | Melanie Clemons | | Wal-Mart sales receipt, 1/20/17 (Soldering iron, mounting base) |
| 68(a) | 7·24·18 | 7·24·18 | Melanie Clemons Andrew Hawkins | | Photo – mounting bases (front) |
| 68(b) | 7·24·18 | 7·24·18 | Melanie Clemons Andrew Hawkins | | Photo – mounting bases (rear) |
| 69(a) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – soldering iron (front) |
| 69(b) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – soldering iron (rear) |
| 70 | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | GPS – Wal-Mart, 9570 SW SR 200, 2/3/17 |
| 71 | 7·24·18 | 7·24·18 | Melanie Clemons | | Wal-Mart sales receipt, 2/3/17 (hemp cord and 7-strand wire) |
| 72(a) | 7·24·18 | 7·24·18 | Melanie Clemons Andrew Hawkins | | Photo – Hemp cord (front) |
| 72(b) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – Hemp cord (back) |
| 73(a) | 7·24·18 | 7·24·18 | Melanie Clemons Andrew Hawkins | | Photo – wire (front) |
| 73(b) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – wire (side) |
| 73(c) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – wire (back) |

Case No. 5:17-cr-20-Oc-37PRL                                Page 8 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | |
| 74(a) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo - Barnett at register #73 with hemp cord and wire |
| 74(b) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo - Barnett moving items down counter |
| 74(c) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – cashier scanning items |
| 74(d) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – Barnett using debit card (#1211) |
| 74(e) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – Barnett taking bag |
| 75 | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | GPS – Wal-Mart, 2600 SW 19th Avenue Road, 2/1/17 |
| 76(a) | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | Photo – Wal-Mart storefront |
| 76(b) | 7·24·18 | 7·24·18 | Adam Kessell Melanie Clemons | | Photo – front entrance (#2600) |
| 77 | 7·24·18 | 7·24·18 | Melanie Clemons | | Wal-Mart sales receipt, 2/1/17 (boxed food items) |
| 78(a) | 7·23·18 | 7·23·18 | Dan Reardon Melanie Clemons | | Photo – Barilla Farfalle pasta (front/UPC) |
| 78(b) | 7·23·18 | 7·23·18 | Dan Reardon Melanie Clemons | | Photo – Barilla Farfalle (company info) |
| 78(c) | 7·23·18 | 7·23·18 | Randy McCravy Melanie Clemons | | Photo – Kraft Deluxe Macaroni and Cheese (front/UPC) |
| 78(d) | 7·23·18 | 7·23·18 | Randy McCravy Melanie Clemons | | Photo - Kraft Deluxe Macaroni and Cheese (company info) |
| 78(e) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo – Nature Valley crunchy granola bar (front/UPC) |
| 78(f) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo – Nature Valley granola bar (company info) |

Case No. 5:17-cr-20-Oc-37PRL                    Page 9 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 78(g) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo – Betty Crocker scalloped potatoes (front/UPC) |
| 78(h) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo –Betty Crocker scalloped potatoes (company info) |
| 78(i) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo – Betty Crocker au gratin potatoes (front/UPC) |
| 78(j) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo - Betty Crocker au gratin potatoes (company info) |
| 78(k) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo – Nature Valley sweet and salty granola bars (front/UPC) |
| 78(l) | 7·23·18 | 7·23·18 | Kylee Amdor Melanie Clemons | | Photo - Nature Valley sweet and salty granola bars (company info) |
| 78(m) | 7·23·18 | 7·23·18 | Randy McCravy Melanie Clemons | | Photo – Kraft Stove Top turkey stuffing mix (front/UPC) |
| 78(n) | 7·23·18 | 7·23·18 | Randy McCravy Melanie Clemons | | Photo - Kraft Stove Top turkey stuffing mix (company info) |
| 78(o) | 7·23·18 | 7·23·18 | Randy McCravy Melanie Clemons | | Photo – Kraft Velveeta shells and cheese (front and UPC) |
| 78(p) | 7·23·18 | 7·23·18 | Randy McCravy Melanie Clemons | | Photo - Kraft Velveeta shells and cheese (company info) |
| 79(a) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – Barnett entering Wal-Mart |
| 79(b) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – Barnett pushing cart, wearing black gloves |
| 79(c) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo – Barnett pushing cart in aisle with boxed food items in cart |
| 79(d) | 7·24·18 | 7·24·18 | Melanie Clemons | | Photo –Barnett at register, items on counter |

Case No. 5:17-cr-20-Oc-37PRL                                     Page 10 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 79(e) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo – Barnett pulling out cash |
| 79(f) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo – Barnett loading cart, black glove visible |
| 79(g) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo - Barnett grabbing bags from carousel |
| 79(h) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo – Cashier making change |
| 79(i) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo – Barnett pushing cart out of store |
| 79(j) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo – Barnett at store exit |
| 79(k) | 7.24.18 | 7.24.18 | Melanie Clemons | | Photo – Barnett carrying bags of food items |
| 80 | 7.24.18 | 7.24.18 | Adam Kessell | | GPS, Wal-Mart, 2600 SW 19th Avenue Road, 2/6/17 |
| 81 | 7.25.18 | 7.25.18 | Melanie Clemons | | Wal-Mart sales receipt, 2/6/17 |
| 82(a) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – road atlas (front) |
| 82(b) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – road atlas (back) |
| 83(a) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – Barnett entering store |
| 83(b) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – Barnett placing road atlas on counter |
| 83(c) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – Barnett pulling out cash from wallet |
| 83(d) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo –Barnett putting cash on counter; cashier bagging item |
| 83(e) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – cashier taking cash |
| 83(f) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – Barnett taking bag |
| 83(g) | 7.25.18 | 7.25.18 | Melanie Clemons | | Photo – Barnett exiting |

Case No. 5:17-cr-20-Oc-37PRL                    Page 11 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | store though garden department |
| 83(h) | 7·25·18 | 7·25·18 | Melanie Clemons | | Photo – Barnett exiting (close-up) |
| 83(i) | 7·25·18 | 7·25·18 | Melanie Clemons | | Photo – Barnett leaving store |
| 84 | 7·24·18 | 7·24·18 | Adam Kessell Don LeBoeuf | | GPS, Auto Zone, 2/6/17 |
| 85 | 7·24·18 | 7·24·18 | Adam Kessell Don LeBoeuf | | Photo – Auto Zone (front) |
| 86 | 7·24·18 | 7·24·18 | Don Le Boeuf | | Auto Zone sales receipt (smoke shield LP frame) |
| 87(a) | 7·24·18 | 7·24·18 | Don Le Boeuf | | Photo – license plate shied (front) |
| 87(b) | 7·24·18 | 7·24·18 | Don LeBoeuf | | Photo – license plate shield (back) |
| 88 | 7·24·18 | 7·24·18 | Don Le Boeuf | | Photo – Auto Zone surveillance video image, Barnett with shield (2/6/17) |
| 89 | 7·24·18 | 7·24·18 | Ken Mason | | NFA certification |
| 90 | 7·25·18 | 7·25·18 | Geoffrey Holgate Thomas Roper/James Osburg | | BARNETT'S CELLULAR TELEPHONE (Samsung) |
| 91(a) | 7·25·18 | 7·25·18 | Jeffrey Vash | | Barnett's trailer (side view) |
| 91(b) | 7·25·18 | 7·25·18 | Jeffrey Vash | | Trailer (back view with tag) |
| 91(c) | 7·25·18 | 7·25·18 | Jeffrey Vash | | License plate (940 5QF) |
| 92 | 7·25·18 | 7·25·18 | Jeffrey Vash | Δ Obj – Overruled | Certified trailer registration |
| 93 | 7·24·18 | 7·24·18 | Adam Kessell Geoffrey Holgate | | GPS, Barnett at CI's house, 1/31/17 |
| 94 | 7·24·18 | 7·24·18 | Adam Kessell | | GPS, Barnett at CI's house, 2/6/17 |
| 95 | 7·24·18 | 7·24·18 | Adam Kessell | | GPS, Barnett at CI's house, |

Case No. 5:17-cr-20-Oc-37PRL                    Page 12 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 2/9/17 |
| 96(a) | 7·24·18 | 7·24·18 | Adam Kessell Geoffrey Holgate | | Photo - CI's house (view 1) |
| 96(b) | 7·24·18 | 7·24·18 | Adam Kessell Geoffrey Holgate | | Photo - CI's house (view 2) |
| 97(a) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – Barnett's Suburban (front) |
| 97(b) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – Barnett's Suburban (back) |
| 98(a) | 7·25·18 | 7·25·18 | Jeffrey Vash Kevin Miner | | Photo – large cardboard box |
| 98(b) | 7·25·18 | 7·25·18 | Jeffrey Vash Kevin Miner | | Photo – devices in box (top layer) |
| 98(c) | 7·25·18 | 7·25·18 | Jeffrey Vash Kevin Miner | | Photo – devices in box (bottom layer) |
| 99 | 7·25·18 | 7·25·18 | Jeffrey Vash Geoffrey Holgate | | ROAD ATLAS |
| 100 | 7·25·18 | 7·25·18 | Jeffrey Vash Geoffrey Holgate | | SMOKE LICENSE PLATE SHIELD |
| 101 | 7·25·18 | 7·25·18 | Jeffrey Vash Geoffrey Holgate | | GLOVES |
| 102 | 7·25·18 | 7·25·18 | Geoffrey Holgate | | TRANSCRIPT OF 2/14/17 MEETING |
| 103 | 7·25·18 | 7·25·18 | Geoffrey Holgate | | CD – RECORDING OF 2/14/17 MEETING |
| 104(a) | 7·26·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/2/17, "need hobby time") |
| 104(b) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/4/17, fortune cookie) |
| 104(c) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/6/17, "on my way to your house") |
| 104(d) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/8/17, "germ masks") |
| 104(e) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message ("wear mask if you go in stores") |

Case No. 5:17-cr-20-Oc-37PRL                    Page 13 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 104(f) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/9/17, "finished last night at 8") |
| 104(g) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/9/17, "dropping by around 1:30") |
| 104(h) | 7·25·18 | 7·25·18 | Geoffrey Holgate | | Photo – text message (2/9/17, "ok – on my way now") |
| 105(a) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo- X-ray overview of all devices in large cardboard box |
| 105(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(c) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(d) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(e) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(f) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(g) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(h) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 105(i) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – x-ray image of device |
| 106(a) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing – device overview with box |
| 106(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing – device overview without box |
| 106(c) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing –inside box looking down |
| 106(d) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing – bottom of box with adhesive tie-down |
| 106(e) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing – switch from greeting card open/closed |

Case No. 5:17-cr-20-Oc-37PRL                    Page 14 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 106(f) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing – 3 colored aerial shells (silver, gold, red) |
| 106(g) | 7·25·18 | 7·25·18 | Kevin Miner | | Drawing – rocket ignitor with aerial shell |
| 107(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #1 |
| 107(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #1 (Kevin Miner) |
| 107(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #1 (Andrew Hawkins) |
| 108(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #2 |
| 108(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #2 (Kevin Miner) |
| 108(c) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – burned up rocket ignitor (Kevin Miner) |
| 108(d) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #2 (Andrew Hawkins) |
| 109(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #3 |
| 109(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #3 (Kevin Miner) |
| 109(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #3 (Andrew Hawkins) |
| 110(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #4 |
| 110(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #4 without aerial shell (Kevin Miner) |
| 110(c) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #4 with aerial shell (Kevin Miner) |
| 110(d) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #4 (Andrew Hawkins) |
| 111(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #5 |
| 111(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device |

Case No. 5:17-cr-20-Oc-37PRL                    Page 15 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | #5 (Kevin Miner) |
| 111(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #5 (Andrew Hawkins) |
| 112(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #6 |
| 112(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #6 (Kevin Miner) |
| 112(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #6 (Andrew Hawkins) |
| 113(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #7 |
| 113(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #7 (Kevin Miner) |
| 113(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #7 (Andrew Hawkins) |
| 114(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #8 |
| 114(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #8 (Kevin Miner) |
| 114(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #8 (Andrew Hawkins) |
| 115(a) | 7·25·18 | 7 25·18 | Kevin Miner Andrew Hawkins | | DEVICE #9 |
| 115(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #9 (Kevin Miner) |
| 115(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #9 (Andrew Hawkins) |
| 116(a) | 7·25·18 | 7·25·18 | Kevin Miner Andrew Hawkins | | DEVICE #10 |
| 116(b) | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – overview of Device #10 (Kevin Miner) |
| 116(c) | 7·25·18 | 7·25·18 | Andrew Hawkins | | Photo – overview of Device #10 (Andrew Hawkins) |
| 117 | 7·25·18 | 7·25·18 | Kevin Miner | | DVD – rocket ignitor being tested by Kevin Miner |
| 118 | 7·25·18 | 7·25·18 | Kevin Miner | Δ obj – overruled | MOCK DEVICE |

Case No. 5:17-cr-20-Oc-37PRL                    Page 16 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | |
| 119 | 7·25·18 | 7·25·18 | Kevin Miner | | DVD – Explosives demonstration |
| 120 | 7·25·18 | 7·25·18 | Kevin Miner | | Photo – deconstruction of aerial shell purchased by ATF |
| 121(a) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Barnett's Suburban |
| 121(b) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Suburban's license plate (049 7BK) |
| 121(c) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – VIN from Suburban |
| 121(d) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Registration |
| 121(e) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Driver door (interior) with black gloves in pocket |
| 121(f) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Gloves (Close-up) |
| 121(g) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Glove (left) |
| 121(h) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Glove (right) |
| 121(i) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Paperwork in center console |
| 121(j) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – Scottrade deposit receipt |
| 121(k) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – rear hatch (interior) |
| 121(l) | 7·26·18 | 7·26·18 | David Wozniak | | Photo – rubber bands on floor of hatch area |
| 122(a) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – Barnett's mother's home (exterior) |
| 122(b) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – Barnett's computer room at mother's residence |
| 122(c) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – close-up of |

Case No. 5:17-cr-20-Oc-37PRL                    Page 17 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | computer desk |
| 122(d) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – Top right desk drawer |
| 122(e) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – close-up of open top right drawer |
| 122(f) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – Wal-Mart receipt for soldering iron and solder |
| 122(g) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – record with Barnett's e-mail address |
| 122(h) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – bottom drawer of computer desk |
| 122(i) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – Harbor Freight Tools receipt for 12V circuit tester |
| 122(j) | 7·25·18 | 7·26·18 | Kristie Calhoun | | Photo – 11/28/14 Bath and Body Works receipt with Barnett's cell phone number |
| 122(k) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – 2/19/15 g-mail correspondence with Barnett's e-mail address |
| 122(l) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – 2/24/15 Federal Express shipping receipt with Barnett's cell number and signature |
| 122(m) | 7·25·18 | 7·25·18 | Kristie Calhoun | | Photo – 12/04/15 Cell Touch receipt with Barnett's cell phone number |
| 123(a) | 7·25·18 | 7·25·18 | James Osburg | | Cell phone device user record – Mark Barnett (with photograph) |
| 123(b) | 7·25·18 | 7·25·18 | James Osburg | | Sim card data from cell phone identifying assigned number (352) 895-3012 |
| 124(a) | 7·25·18 | 7·25·18 | James Lare | | Screenshot – Food boxes |
| 124(b) | 7·25·18 | 7·25·18 | James Lare | | Screenshot – License plate shield |
| 124(c) | 7·25·18 | 7·25·18 | James Lare | | Screenshot – Suburban |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | |
| 124(d) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – Title for Nissan truck (Mark Barnett) |
| 124(e) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – Florida registration for BMW (Mark Barnett) |
| 124(f) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "No obstacles will stand in the way of your success this month" |
| 124(g) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "You will be coming into a fortune" |
| 124(h) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "Learn how I turned $16K into $131K" |
| 124(i) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "24 year old trader makes $700,000" |
| 124(j) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "How to buy call or put options" |
| 124(k) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "How to trade option with small account" |
| 124(l) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – Scottrade (Ocala) address |
| 124(m) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "Options trading math 101" |
| 124(n) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "What is a put option" |
| 124(o) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "Option Trading Coach" |
| 124(p) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "Explain put option" |
| 124(q) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "How to buy put option in E-trade" |
| 124(r) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "S&P 500 Index Put Option Weekly" |
| 124(s) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "How to buy a put option" |
| 124(t) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "How to trade covered put options" |
| 124(u) | 7.25.18 | 7.25.18 | James Lane | | Screenshot – "Intro to put |

Case No. 5:17-cr-20-Oc-37PRL                    Page 19 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | options" |
| 125(a) | 7.25.18 | 7.25.18 | James Lane | | Photo – Barnett's shed (exterior) |
| 125(b) | 7.25.18 | 7.25.18 | James Lane | | Photo – workbench in shed by window |
| 125(c) | 7.25.18 | 7.25.18 | James Lane | | Photo – voltage tester in package on workbench |
| 125(d) | 7.25.18 | 7.25.18 | James Lane | | Photo - soldering iron on workbench in holder |
| 125(e) | 7.25.18 | 7.25.18 | James Lane | | Photo – package of soldering material |
| 125(f) | 7.25.18 | 7.25.18 | James Lane | | Photo – blue plastic set of drawers on workbench |
| 125(g) | 7.25.18 | 7.25.18 | James Lane | | Photo – extra soldering material on workbench |
| 125(h) | 7.25.18 | 7.25.18 | James Lane | | Photo – top drawer of plastic set of drawers with 9-volt battery connectors |
| 125(i) | 7.25.18 | 7.25.18 | James Lane | | Photo – close-up of 9-volt battery connectors |
| 125(j) | 7.25.18 | 7.25.18 | James Lane | | Photo – soldering material in plastic drawer |
| 125(k) | 7.25.18 | 7.25.18 | James Lane | | Photo – black plastic container of gun powder on shelf |
| 125(l) | 7.25.18 | 7.25.18 | James Lane | | Photo – open gun powder container |
| 125(m) | 7.25.18 | 7.25.18 | James Lane | | Photo – voltage tester (unpackaged) on workbench |
| 125(n) | 7.25.18 | 7.25.18 | James Lane | | Photo – musical greeting card |
| 126 | 7.25.18 | 7.25.18 | James Lane | | VOLTAGE TESTER (packaged) |
| 127 | 7.25.18 | 7.25.18 | James Lane | | SOLDERING IRON |
| 128 | 7.25.18 | 7.25.18 | James Lane | | SOLDER (packaged) |
| 129 | 7.25.18 | 7.25.18 | James Lane | | SOLDER (loose) |

Case No. 5:17-cr-20-Oc-37PRL                    Page 20 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 130 | 7·25·18 | 7·25·18 | James Lane | | 9-VOLT BATTERY CONNECTORS |
| 131 | 7·25·18 | 7·25·18 | James Lane | | VOLTAGE TESTER (unpackaged) |
| 132(a) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – Barnett's house (exterior) |
| 132(b) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – shelving unit |
| 132(c) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – shelf with batteries |
| 132(d) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – close-up of Energizer 9-volt battery package |
| 132(e) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – Barnett's house (side view) |
| 132(f) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – Barnett's backyard from corner of house showing front of shed |
| 132(g) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – Barnett's backyard from rear of property showing two sheds back to back |
| 132(h) | 7·25·18 | 7·25·18 | Lori MacKay Abbigail Beccaccio | | Photo – Barnett's shed |
| 132(i) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – new Master lock from Barnett's shed |
| 132(j) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – side view of sheds |
| 132(k) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – second shed with gardening equipment |
| 132(l) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – interior of Barnett's shed |
| 132(m) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – workbench with television |

Case No. 5:17-cr-20-Oc-37PRL                          Page 21 of 22 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 132(n) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – workbench with television moved revealing soldering iron |
| 132(o) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – soldering iron and model rocket components |
| 132(p) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – model rocket kit |
| 132(q) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – contents of model rocket lit |
| 132(r) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – overview of model rocket kit |
| 132(s) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – tool box on floor |
| 132(t) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – M-5000 fireworks in bottom of tool box |
| 132(u) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – close-up of M-5000 fireworks |
| 132(v) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – tools on workbench |
| 132(w) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – wire strippers, electrical tape and open second drawer from chest of plastic drawers |
| 132(x) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – Estes model rocket motors and ignitors (open package, back) |
| 132(y) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – Estes model rocket motors and ignitors (front) |
| 132(z) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – close-up of open package with rocket ignitors |
| 132(aa) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – rocket ignitors removed from package |
| 132(bb) | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | Photo – unopened package of 6 rocket ignitors |
| 133 | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | MODEL ROCKET KIT |

Case No. 5:17-cr-20-Oc-37PRL                    Page 22 of 22 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 134 | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | MODEL ROCKET STARTERS (IGNITORS) |
| 135 | 7·26·18 | 7·26·18 | Abbigail Beccaccio | | MODEL ROCKET STARTERS (IGNITORS) PACKAGE WITH ROCKET MOTORS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |